EMALIA HAAHAA AKIONA HEE, ALSO KNOWN AS
E. HAAHAA, *v.* KAHIWA HEE CHUNG, ALSO
KNOWN AS KEOHOHIWA.

NO. 2771.

FILED MAY 5, 1952.                    DECIDED JUNE 6, 1952.

LE BARON AND STAINBACK, JJ., AND CIRCUIT JUDGE
SAPIENZA IN PLACE OF TOWSE, C. J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing filed herein is
in effect a reargument of the previously determined ques-
tions and the court finds nothing therein to warrant a re-
hearing of the cause.

Petition for rehearing denied.

*Fong, Miho, Choy & Chuck* for the petition.